# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| STEVEN HEATH, | Civil No. 08-6055 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| TRAVELERS COMPANIES, INC., | **ORDER FOR DISMISSAL** |
| Defendant. | |

___

Daniel Le, **DANIEL LE & ASSOCIATES**, 333 Washington Avenue North, Suite 202, Minneapolis, MN 55401, for plaintiff.

Andrew Voss and Reagan Wilkins Oden, **LITTLER MENDELSON, PC,** 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on May 3, 2010 [Docket No. 34].

**IT IS HEREBY ORDERED** that the above-captioned action be **DISMISSED WITH PREJUDICE,** and without costs to either party.

**IT IS SO ORDERED.**


DATED: May 7, 2010
at Minneapolis, Minnesota.

                                                            s/ John R. Tunheim
                                                            JOHN R. TUNHEIM
                                                     United States District Judge